GO MEDICAL INDUSTRIES PTY, LTD., A.C.N. 009018339, Go Medical USA, Inc., and Alexander G.B. O'Neil, Plaintiffs–Appellants,

v.

**C.R. BARD, INC., Defendant–Appellee.**

No. 00–1326.

United States Court of Appeals, Federal Circuit.

April 4, 2001.

ON MOTION

*ORDER*

Upon consideration of the stipulation of dismissal,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.